JAMES C. VAN SICLEN et al., Respondents, *v.* IRVING T. BUSH, Appellant.

Argued December 5, 1938; decided January 3, 1939.

*Arthur Garfield Hays, Alan S. Hays* and *Lowell M. Birrell* for appellant.

*Harold H. Levin* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN and HUBBS, JJ.